LATHAM & WATKINS LLP
Timothy L. O'Mara (Bar No. 212731)
 tim.o'mara@lw.com
Andrew M. Gass (Bar No. 259694)
 andrew.gass@lw.com
Alicia R. Jovais (Bar No. 296172)
 alicia.jovais@lw.com
505 Montgomery Street, Suite 2000
San Francisco, California 94111-6538
Telephone: +1.415.391.0600
Facsimile: +1.415.395.8095

Robert J. Ellison (Bar No. 274374)
 robert.ellison@lw.com
10250 Constellation Blvd., Suite 1100
Los Angeles, California 90067
Telephone: +1.424.653.5500
Facsimile: +1.424.653.5501

Gary Feinerman (*Admitted Pro Hac Vice*)
 gary.feinerman@lw.com
330 North Wabash, Suite 2800
Chicago, Illinois 60611
Telephone: +1.312.876.7700
Facsimile: +1.312.993.9767

*Attorneys for Defendant Ticketmaster L.L.C.*

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MELANIE HOGAN, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>TICKETMASTER LLC,<br><br>Defendant. | Case No. 2:24-cv-10098-SVW-SK<br><br>**DECLARATION OF GARY FEINERMAN IN SUPPORT OF STIPULATION TO AMEND BRIEFING SCHEDULE ON DEFENDANT'S MOTION TO TRANSFER PURSUANT TO 28 U.S.C. § 1404(a)**<br><br>Judge: Hon. Stephen V. Wilson<br>Date: March 31, 2025<br>Time: 1:30 p.m. PT<br>Place: Courtroom 10A |

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
CHICAGO

DECL. OF G. FEINERMAN ISO STIPULATION
TO AMEND BRIEFING SCHEDULE
Case No. 2:24-cv-10098-SVW-SK

# DECLARATION OF GARY FEINERMAN IN SUPPORT OF STIPULATION TO AMEND BRIEFING SCHEDULE ON DEFENDANT'S <u>MOTION TO TRANSFER PURSUANT TO 28 U.S.C. § 1404(a)</u>

I, Gary Feinerman, declare under penalty of perjury, pursuant to 28 U.S.C. § 1746, as follows:

1. I am a partner at the law firm of Latham & Watkins LLP, counsel for Defendant Ticketmaster L.L.C. ("Defendant"). I am an attorney licensed to practice in the State of Illinois, and I have been admitted *pro hac vice* to appear before this Court in the above-captioned matter. I make this Declaration in Support of Defendant's Stipulation to Amend Briefing Schedule on Ticketmaster's Motion to Transfer Pursuant to 28 U.S.C. § 1404(a) ("Motion"). The facts set forth herein are based on my personal knowledge; if called upon to do so, I can and will competently testify to these facts.

2. On January 9, 2025, counsel for Defendant and Plaintiff held a telephone conference and discussed the transfer issue.

3. On January 17, 2025, Ticketmaster filed its Notice of Motion and Motion. (ECF 20.)

4. Plaintiff's Opposition to Defendant's Motion ("Opposition") is currently due on March 10, 2025, and Defendant's Reply in Support of its Motion ("Reply") is currently due on March 17, 2025. The hearing for the Motion is currently scheduled for March 31, 2025 at 1:30 p.m.

5. Prior to filing the Motion, on January 13, 2025, Plaintiff's counsel requested that counsel for the Parties discuss a briefing schedule for the Motion and requested 30 days to file the Opposition. Plaintiff's counsel further stated that they would be amenable to any reasonable time requested by Defendant to file its Reply.

6. On January 16, 2025, Defendant's counsel emailed Plaintiff's counsel, generally agreeing to Plaintiff's counsel's request for 30 days to file the Opposition and proposing a slightly extended deadline for the Opposition to account

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
CHICAGO

2

DECL. OF G. FEINERMAN ISO STIPULATION
TO AMEND BRIEFING SCHEDULE
Case No. 2:24-cv-10098-SVW-SK

for the weekend and a Court holiday. Defendant's counsel proposed setting the Opposition deadline as February 18, 2025, and the Reply deadline as March 11, 2025. Later that day, Plaintiff's counsel agreed to the proposed briefing schedule on Defendant's Motion.

7. The changes to the briefing schedule will not delay the progress of this case or prejudice any party; indeed, the amendments will allow the Court additional time to review the Parties' briefing and will allow counsel for the Parties additional time to prepare for the hearing.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge.

Executed on this 24th day of January, 2025, in Chicago, Illinois.

*/s/ Gary Feinerman*
Gary Feinerman

LATHAM & WATKINS LLP
ATTORNEYS AT LAW
CHICAGO

3

DECL. OF G. FEINERMAN ISO STIPULATION
TO AMEND BRIEFING SCHEDULE
Case No. 2:24-cv-10098-SVW-SK